UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

VICKY WALL,

                              Plaintiff,

               vs.

WAL-MART ASSOCIATES, INC., etc.,

                              Defendant.

C07-363 MJP

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.

All future documents filed in this case must bear the cause number C07-363 MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 25th day of April, 2007

BRUCE RIFKIN
Clerk of Court

by: /s/  PETER H. VOELKER
            Peter H. Voelker, Deputy Clerk