1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   VICKY WALL,

9                           Plaintiff,                         Case No. C07-363JCC

10                  v.                                          TAXATION OF COSTS

11   WAL-MART STORES, INC.,

12                           Defendant.

13          Costs in the above-entitled cause are hereby taxed against PLAINTIFF VICKY WALL and on

14   behalf of DEFENDANT WAL-MART STORES, INC. in the unopposed amount of $395.50.

15          Entered this ____9th_____ day of MAY , 2008 .

16
17
18
19                                                  Bruce Rifkin

20                                                  Clerk, U.S. District Court

21
22
23
24
25
26   TAXATION OF COSTS -- 1